**Order entered November 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00489-CV

### JOHN O'BRIEN, Appellant

### V.

### CARA BAKER, AS THE EXECUTRIX OF THE ESTATE OF KENNETH BAKER, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. PR14-10A**

## ORDER
Before Justices Bridges, Francis, and Myers

We **VACATE** our April 23, 2015 order staying the trial court's April 7, 2015 order. Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We order the trial judge, the Honorable Brian Williams, to vacate the April 7, 2015 order directing John O'Brien to place into the registry of the court the sum of $4,000,000. Should the trial court fail to comply, the writ will issue. We **ORDER** the trial court to file with this Court a certified copy of its order in the compliance with this order **within thirty days of the date of this order**.


/s/     MOLLY FRANCIS
JUSTICE